No. 71–6030. TEAGUE *v.* WRIGHT. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–976. TYRONE *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. 

No. 71–1002. LAMM *v.* VOLPE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. 

No. 71–1042. EXER-GENIE, INC., ET AL. *v.* MCDONALD ET AL. C. A. 9th Cir. Motion of respondents for leave to dispense with printing brief granted. Certiorari denied. 

No. 71–1052. MCKINNEY, DBA PARIS BOOKSTALL, ET AL. *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART are of the opinion that certiorari should be granted and judgment reversed. *Redrup* v. *New York*, 386 U. S. 767 (1967). 

No. 71–1072. HEYMAN, TRUSTEE IN BANKRUPTCY *v.* MAHIN, DIRECTOR OF REVENUE OF ILLINOIS, ET AL. Sup. Ct. Ill. Motion of S. Bloom, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 71–1077. ELLIS, TRUSTEE *v.* POWERS ET AL. Sup. Ct. Hawaii. Motion to proceed on typewritten papers granted. Certiorari denied.

No. 71–6104. PATTERSON *v.* LASH, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.